This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CARLOS DIAZ,**

Plaintiff-Apellant,

v.                                                                          **NO. 34,369**

**ORVAL CRUZ JOE,**

Defendant-Appellee.


**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**James L. Sanchez, District Judge**

Carlos L. Diaz
Albuquerque, NM

Pro Se Appellant

John T. Fitzpatrick
Albuquerque, NM

for Appellee


**MEMORANDUM OPINION**

**KENNEDY, Judge.**

{1}     Plaintiff Carlos Diaz (Plaintiff), personal representative of his deceased brother,

appeals from the district court's judgment finding the existence of an equitable real estate contract whereby Defendant agreed to purchase real property from the brother of Plaintiff. [DS 1; RP 113] This Court issued a notice proposing to dismiss Plaintiff's appeal for lack of a final order. Plaintiff did not file a memorandum in opposition but instead filed a motion requesting an indefinite extension of time until the district court enters its final order. Plaintiff's motion is **DENIED**. Because the district court has not entered a final order, we dismiss Plaintiff's appeal for the reasons provided in our notice.

{2}    **IT IS SO ORDERED.**


_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**


_____
**TIMOTHY L. GARCIA, Judge**


_____
**M. MONICA ZAMORA, Judge**

2